UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7036-GW-KSx | Date | May 14, 2024 |
|---|---|---|---|
| Title | *Linda Cooper v. County of San Luis Obispo, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On May 14, 2024, Plaintiff Linda Cooper filed a Notice of Settlement [26]. The Court vacates all currently set dates, and sets an order to show re: settlement hearing for August 15, 2024 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on August 13, 2024.

:

Initials of Preparer   JG